UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORDERRO D. MILLER,<br><br>    Petitioner,<br><br>    v.<br><br>JASON SCHULTZ,<br><br>    Respondent. | No.  2:25-cv-2082 CSK P<br><br><u>ORDER TO SHOW CAUSE</u> |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 29, 2025, respondent filed a motion to dismiss. (ECF No. 12.) Petitioner has not filed an opposition to the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." E.D. Cal. L.R. 230(l).

Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

1  Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within
2  twenty-one days, why respondent's September 29, 2025 motion to dismiss should not be granted.
3
4  Dated: November 5, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

7  /1/mill2082.nop

2